THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | Case No. 1-13-cv-00118 |
| **TAYLOR AND MURPHY CONSTRUCTION CO. INC. and LEASING & EQUIPMENT SALES COMPANY, INC. D/B/A LESCO,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**JUDGMENT AGAINST DEFENDANTS TAYLOR AND MURPHY CONSTRUCTION CO. INC. AND LEASING & EQUIPMENT SALES COMPANY, INC. D/B/A LESCO**

This matter came before the Court on Plaintiff Travelers Casualty and Surety Company of America and Defendants Taylor and Murphy Construction Co. Inc. and Leasing & Equipment Sales Company, Inc. d/b/a LESCO's Joint Motion for Consent Judgment against Defendants Taylor and Murphy Construction Co. Inc. and Leasing & Equipment Sales Company, Inc. d/b/a LESCO. Upon consideration of the Joint Motion and the record in this matter, the Court finds that the Joint Motion should be **GRANTED**.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The claims of Travelers Casualty and Surety Company of America relating to the Watauga County Project, as referenced in paragraphs twenty through twenty four of the Amended Complaint, are dismissed without prejudice. Travelers expressly reserves the right to

renew its claims for losses sustained in relation to the Watauga County Project, as referenced in paragraphs twenty through twenty four of the Amended Complaint.

2. Judgment is entered in Travelers Casualty and Surety Company of America's favor and against Defendants Taylor and Murphy Construction Co. Inc. and Leasing & Equipment Sales Company, Inc. d/b/a LESCO, jointly and severally, in the amount of fourteen million five hundred twenty thousand ninety six dollars and thirty four cents ($14,520,096.34). The real property located at 643 Brevard Road Ashville, North Carolina 28806 and owned by LESCO (as described in Deed Book 1828, Page 0585 and Deed Book 2556, Page 0192 of the Buncombe County Registry) is not subject to this Judgment or any judgment lien arising from this Judgment.

**IT IS SO ORDERED.**  Signed: July 9, 2013

Martin Reidinger
United States District Judge

**APPROVED FOR ENTRY:**

/s/ Jeffrey S. Price
Jeffrey S. Price        N.C. Bar No. 42590
MANIER & HEROD
One Nashville Place, Suite 2200
150 Fourth Avenue North
Nashville, Tennessee 37219
Phone: (615) 244-0030
Fax: (615) 242-4203 jprice@manierherod.com
Attorney for Plaintiff
Travelers Casualty and Surety Corporation of America


/s/ Robert H. Haggard
Robert H. Haggard     N.C. Bar No. 6181
The Van Winkle Law Firm
11 North Market Street
Ashville, North Carolina 28801
Phone: (828) 258-2991
Fax: (828) 255-0255
rhaggard@vwlawfirm.com
Attorney for Defendants
Taylor and Murphy Construction Co. Inc.
Leasing & Equipment Sales Company, Inc. d/b/a LESCO